## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TRINIDAD M. RODRIGUEZ,

        Plaintiff,

vs.                                  CASE NO. 6:07-CV-1259-ORL-19GJK

EXPRESS CHECK CASHING II, INC.,
and YARLOU BITTON,

        Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 21, filed January 18, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 21) is **ADOPTED and AFFIRMED.**  The Joint Motion for Approval of Proposed Settlement (Doc. No. 20, filed November 27, 2007) is **GRANTED,** and the Settlement Agreement (Doc. No. 20-2) is **APPROVED.**  This case is **DISMISSED WITH PREJUDICE,** and the Clerk of Court is directed to **CLOSE THIS CASE.**

**DONE AND ORDERED** at Orlando, Florida, this 5th_____ day of February, 2008.

_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record